**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID  83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Rhonda Marie McCoy** | **CASE NO. 19-00487-NGH** |
| **William Joseph McCoy,** | |
| **Debtor(s)** | |

---

**Notice of Motion to Modify the Confirmed Plan and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one [21] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

**TRUSTEE'S MOTION TO MODIFY THE CONFIRMED PLAN**

        NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for

United States Bankruptcy Court for the District of Idaho, and as for her Motion to Modify the

Confirmed Plan states as follows:

1.  The Debtors filed for Chapter 13 relief on May 2, 2019. The confirmed plan does not pay unsecured creditors 100% of their allowed clams.

2.  The confirmed plan provided to pay Santander (nka Wollemi Acquisitions, LLC) a secured claim in the amount of $16296.33 at 4% interest over the term of the plan secured by an interest in Debtors' 2015 Kia Optima and an unsecured claim on the balance owed to them in the amount of $247.99. Santander was under secured.

3.  The 2015 Kia Optima was totaled in an automobile accident which occurred around December 2020.  Prior to being notified of the accident, trustee paid Santander/Wollemi $4820.91 on the secured portion of the claim plus interest.  The balance due to said creditor is the sum of $11475.42 plus interest of $114.75 through February 2021 plus an unsecured portion of $247.99 for a total claim of $11838.16 through February 2021.

4.  As a result of the accident Geico determined that the 2015 Kia Optima was a total loss and turned over the proceeds of $13564.04 to the Trustee for payment on the claim. Trustee contends that it will take the sum of $13,153.51 to pay off the claim of Wollemi with trustee's fees.

5.  Trustee desires that the plan be modified to allow her to pay off the claim of Wollemi, formerly Santander, from the insurance funds that they were entitled to receive pursuant to non-bankruptcy law, that the plan be modified such that the sum of $13,153.51 received from Geico be paid into the plan in addition to the plan payments, and that the balance of the funds paid to Trustee in the amount of $410.53 be applied to debtors' plan payments.

6.  There is no negative impact to any unsecured creditors as a result of the proposed modification.

WHEREFORE, the Trustee respectfully requests that the plan be modified to allow her to pay off the claim of Wollemi, formerly Santander, from the insurance funds, that the plan be modified such that the sum of $13,153.51 received from Geico be paid into the plan in addition to the plan payments, and that the balance of the funds paid to Trustee by Geico in the amount of $410.53 be applied to debtors' plan payments.

DATED: February 2, 2021

　　　　　　　　　　　　　　　　　　　　/s/  Kathleen A. McCallister
　　　　　　　　　　　　　　　　　　**Kathleen A. McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on February 2, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Hyrum M Zeyer**
Attorney at Law
hyrum@petersonzeyerlaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Rhonda Marie McCoy
William Joseph McCoy
POB 729
Kuna, ID 83634

Wollemi Acquisitions, LLC
by AIS Portfolio Services, LP as agent
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

         /s/  Kathleen A. McCallister
**Kathleen A. McCallister, Trustee**